**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1237**

KELLY L. AINSWORTH,

  Plaintiff - Appellant,

  v.

PNC BANK, N.A., Default noted 1/17/2020 - Default removed pursuant to Court's Order entered 3/6/2020; BWW LAW GROUP, LLC; EQUITY TRUSTEES; NETCO TITLE,

  Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cv-00492-RBS-DEM)

Submitted:  June 24, 2021                                   Decided:  June 28, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelly L. Ainsworth, Appellant Pro Se.  John Alexander Nader, MCGLINCHEY STAFFORD, PLLC, Washington, D.C.; Robert Ryan Michael, BWW LAW GROUP, LLC, Richmond, Virginia; Alexander Tevis Marshall, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly L. Ainsworth appeals the district court's order granting Defendants' motions to dismiss her amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ainsworth v. PNC Bank, N.A.*, No. 2:19-cv-00492-RBS-DEM (E.D. Va. Jan. 27, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*